# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

CRYSTAL CULLIN, as Guardian of
AMELIA PHILLIPS

|  |  |
|---|---|
| Plaintiffs, | ) ) ) ) |
| v. | ) ) ) |
| REGAL HEIGHTS HEALTH CARE AND REHAB CENTER, LLC, a Delaware corporation | ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No.: N20C-04-194 FJJ

## ORDER REGARDING AFFIDAVIT OF MERIT CONCERNING MEDICAL CARE PROVIDED TO M.P.A. and STEPHANIE ABBOTT BY DEFENDANT DEDICATED TO WOMEN OB/GYN, P.A.

This 23rd day of December, 2020, the Court has reviewed *in camera* Plaintiff's affidavit of merit pursuant to 18 *Del.C.* § 6853(a)(1) 6853(d). Having done so, the Court finds:

1.     The affidavit of merit is signed by an expert witness.

2.     The affidavit is accompanied by a current *curriculum vitae* of the expert witness.

3.     The affidavit contains an opinion of the expert witness that there are reasonable grounds to believe that the applicable standard of care was breached by Defendant Regal Heights Health Care and Rehab Center ("Defendant"), and that the

breach of the applicable standard of care by Defendant was the proximate cause of the injuries claimed in the Complaint.

4.     The *curriculum vitae* accompanying the affidavit establishes that the expert witness is licensed to practice nursing in the state of Connecticut, that the expert witness has been a certified legal nursing consultant as of the date of the affidavit for the three (3) years immediately preceding the alleged negligent acts described in the Complaint, and has been engaged in the treatment of patients and/or in the teaching/academic side of nursing in the same of similar field as the named Defendant within the last three (3) years.

Based on the foregoing, the Court finds that the affidavit of merit **complies** with the requirements of 18 *Del.C.* §6853(a)(1) and 18 *Del.C.* §6853(c).

**IT IS SO ORDERED.**

_____
Francis F. Jones, Jr., Judge

cc:     File&ServeXpress